DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD ROBERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2289

[October 8, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca White, Judge; L.T. Case No. 312005CF001883A.

Edward Roberson, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* 411 So.3d 392, 398-401 (Fla. 2025).

CIKLIN, GERBER and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***